686

EDWARD TOLEDANO v. ROGER WHITE et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

RICHARD B. LOWE, JR., as a Member of the Police Department of the City of New York, et al., v. POLICE PENSION FUND OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

BILLIE J. PAUSTENBACH v. ROBERT M. MILLER.— Motion for leave to appeal to the Court of Appeals dismissed. (See Cohen and Karger, Powers of the New York Court of Appeals [rev. ed.], pp. 730–731 and cases cited.) Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of the Arbitration between PUBLISHERS' ASSOCIATION OF NEW YORK CITY and NEW YORK STEREOTYPERS' UNION NUMBER ONE.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

WILLIAM S. BROWN, as Trustee in Bankruptcy of JOSEPH G. SIEGEL, Bankrupt, v. FLORENCE ELLIS, Now Known as FLORENCE SHAW, et al., and JOSEPH G. SIEGEL et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

GRAHAM M. BRUSH, SR., Individually and as a Stockholder of Seatrain Lines, Inc., Suing on His Own Behalf and on Behalf of Said Corporation and on Behalf of Defendant, Ship Container Corporation, a Wholly Owned Subsidiary of Seatrain Lines, Inc., v. ALFRED BRITTAIN et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

JOSEPH W. FRAZER v. ERIC EWESON.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

In the Matter of the Arbitration between AMALGAMATED LITHOGRAPHERS OF AMERICA, LOCAL 1 and LEE LETTER SERVICE, INC., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

ARTHUR JOVIS v. CHARBEN, INC.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

LORRAINE SCHAEFER v. JOSEPHINE REDLICH et al., Doing Business as BERKSHIRE COUNTRY CLUB.—Application denied, with $10 costs, and the stay contained in the order to show cause, dated February 19, 1960, is vacated. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

SOL H. SLEPPIN v. ASSOCIATED HOSPITAL SERVICE OF NEW YORK.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FREY.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HORTON.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.